The United States District Court

District of Massachusetts

Jane Doe

v.

LAZ Parking Garage/

City of Lawrence, MA

MVTA, et al.

**Complaint**

1. On Saturday, February 14, 2026, the victim experienced a stalker follow her to public transportation at the McGovern Center. She notified the LAZ employee at that time that the stalker was still following her and parked his E-bike at the transportation center, approaching the victim again while she was waiting for the police, near the LAZ office. When the police responded, no report was generated. This activity by the stalker continued throughout the day, but the LAZ employee refused to contact the police until the victim notified the LAZ employee that the stalker had entered the second floor of the parking garage. No police report was generated at that time. The third time the victim approached the transportation center, the stalker approached the LAZ office, requesting the LAZ employee have the victim stop bothering him. The LAZ employee refused to contact the police until the victim notified him that the stalker entered the second floor of the parking garage.
2. On Monday, February 16, the stalker appeared again in the transportation center, exactly when the victim approached the area. The LAZ employee not only refused to contact the police, but harassed, threatened to trespass the victim, exited the LAZ office and continued harassing the victim, libeling her to other transportation passengers. The Laz employee threatened, and did call the police regarding the conduct of the victim.
3. A second LAZ employee exited the LAZ office, approached an oncoming MBTA train, and stated to the conductor of the MBTA train that the victim was not allowed to board the MBTA train.
4. The continued course of conduct by the LAZ employees caused extreme distress and humiliation to the victim due to the fact that she was forced to endure a continued physical threat from a stalker on the property of public transportation, where the employee was responsible for the property, the victim uses that transportation center daily, and was humiliated in front of the other public transportation passengers.

5. The unlawful conduct of the LAZ Parking Garage employees, and the MVTA employee is in violation of 18 U.S.C. 1983, 42 U.S.C. 2000d and 42 U.S.C. 1985

6. The Court has original jurisdiction in this matter due to the violation of 18 U.S.C. 1983, 42 U.S.C. 2000d, and 42 U.S.C 1985

7. The defendants operate a municipal program that receives government funding.

8. Wherefore, the plaintiff seeks $10,000 in damages due to the unlawful degrading, harassing, embarrassing conduct exhibited toward the plaintiff by the defendant and any other compensation this court deems reasonable.

*John Doe*
*13) [illegible]*
*st—*
*[illegible]*
*MA*
*01840*