United States District Court

District of Massachusetts

Jane Doe

v.

City of Lawrence, MA

MEVA, Lawrence Police Department

Several unknown Lawrence Police Officers

## MOTION

Plaintiff request the court to file this action under seal due to the continuing nature of the conduct and its gravity. The plaintiff is experiencing retaliation by several unknown actors, and is concerned about the effects of the release of this sensitive information. She is attempting to locate the source of the retaliation, which is random at this time, including stalkers following her to the transportation center repeatedly, threatening her, while police refuse to report the continued course of conduct.

Jane Doe
no fixed address
431 Common
Street
Lawrence MA
01840