UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JANE DOE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:26-cv-10995-IT |
| | * | |
| LAZ PARKING GARAGE, et al., | * | |
| | * | |
| Defendants. | * | |

ORDER CLOSING CASE

TALWANI, D.J.

On June 8, 2026, the court issued an Order [Doc. No. 5] denying Plaintiff's motions to seal and for leave to proceed in forma pauperis, dismissing Plaintiff's Complaint [Doc. No. 1] without prejudice, and ordering Plaintiff to file an Amended Complaint by July 6, 2026 if she wished to proceed. In light of the court's June 8, 2026 Order [Doc. No. 5] and Plaintiff's lack of filing, this action is CLOSED.

IT IS SO ORDERED.

July 8, 2026                                    /s/ Indira Talwani
                                               United States District Judge